UNITED STATES DISTRICT COURT
OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 OCT 24  P 1: 39

CLERK'S OFFICE
AT BALTIMORE
AMD00BY_____ DEPUTY

| | |
|---|---|
| Agora, Inc. )<br>Dan Denning )<br>The Daily Reckoning, LLC. )<br>    Plaintiffs )<br>)<br>v. )<br>)<br>Commodity Futures Trading )<br>Commission )<br>)<br>    Defendant ) | Civil Action No. |

### Rule 41(a) Voluntary Dismissal.

Plaintiffs filed this case late yesterday afternoon and has not served the Defendant. Pursuant to Rule 41 of the Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss this case.

Respectfully submitted,

_/s/ Matthew S. _____
Matthew J. Turner, Esq.
Bar # 22319
General Counsel
Agora, Inc.
14 W. Mt. Vernon Place
Baltimore, MD 21201
Tel. 410-783-8410,
Fax 410-783-8409

Michael Geltner
Geltner & Associates
Ten E. Street, S.E.
Washington, DC 20003-2611
Tel. 202-547-1136

Attorney for Plaintiffs.

10/24/2001

APPROVED

MICROFILMED
OCT 2 5 2001